[MM 7315]
MICHAEL A. McLAUGHLIN, LLC
44 HENRY TERRACE
LINCOLN PARK, NEW JERSEY 07035
(973) 476-2579
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| FRANK GUNTESKI | **Document Electronically Filed** |
| Plaintiff, | **CIVIL ACTION** |
| vs. | Docket No. 2:16-cv-02470-SDW-LDW |
| PHILLIPS 66/BAYWAY REFINERY | **STIPULATION OF VOLUNTARY** |
| Defendant. | **DISMISSAL PURSUANT TO** |
| | **F.R.C.P. 41 (a)(1)(A)(ii)** |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above captioned action is voluntarily dismissed with prejudice against the defendant(s) PHILLIPS 66/BAYWAY REFINERY pursuant to the Federal Rules of Civil Procedure 41 (a)(1)(A)(ii), each party to bear its own costs and fees.

For Plaintiff, Frank Gunteski:

_/s/ Michael A. McLaughlin_

**Michael A. McLaughlin, Esq.**
Michael A. McLaughlin, LLC
44 Henry Terrace
Lincoln Park, New Jersey 07035
(973) 476-2579

Dated: 11/28/16

For Defendant, Phillips 66 Company:

_/s/ Vito A. Gagliardi_

**Vito A. Gagliardi, Jr., Esq.**
Porzio, Bromberg & Newman, PC
100 Southgate Parkway
Post Office Box 1997
Morristown, New Jersey 07962-1997
973-538-4006

Dated: 11-28-16

So Ordered
this 29th day of Nov. 2016

_/s/ Susan D. Wigenton_
Susan D. Wigenton, U.S.D.J.